FILE COPY

RE: Case No. 15-0456           DATE: 6/15/2015
COA #: 13-13-00005-CV    TC#: 07-169-G
STYLE: ABRAHAM QUINTANILLA, III
   v. ALEJANDRO RAMIREZ and ROLANDO RAMIREZ

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
901 LEOPARD, SUITE 313
CORPUS CHRISTI, TX 78401

FILE COPY

RE: Case No. 15-0456                    DATE: 6/15/2015
    COA #: 13-13-00005-CV     TC#: 07-169-G
STYLE: ABRAHAM QUINTANILLA, III
    v. ALEJANDRO RAMIREZ and ROLANDO RAMIREZ

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. DONALD B. EDWARDS
LAW OFFICES OF DONALD B. EDWARDS
P.O. BOX 3302
CORPUS CHRISTI, TX  78463-3302

RE: Case No. 15-0456                    DATE: 6/15/2015
    COA #: 13-13-00005-CV     TC#: 07-169-G
STYLE:ABRAHAM QUINTANILLA, III
   v. ALEJANDRO RAMIREZ and ROLANDO RAMIREZ

    Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MR. DAVID W. SHOWALTER
                    SHOWALTER LAW FIRM
                    1117 FM 359, SUITE 200
                    RICHMOND, TX   77406

FILE COPY

RE: Case No. 15-0456          DATE: 6/15/2015
    COA #: 13-13-00005-CV     TC#: 07-169-G
STYLE: ABRAHAM QUINTANILLA, III
    v. ALEJANDRO RAMIREZ and ROLANDO RAMIREZ

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. DORIAN E. RAMIREZ
CLERK, THIRTEENTH COURT OF
APPEALS
901 LEOPARD STREET, 10TH FLOOR
CORPUS CHRISTI, TX  78401